```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )
       v.                          )     No. 4:06 CR 252 SNL
                                   )                     DDN
ERIC CLEMENS,                      )
                                   )
            Defendant.             )

### ORDER

This action is before the court upon the pretrial motions of the parties which were referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b). An evidentiary hearing was set for May 25, 2006.

Defendant filed no pretrial motions, and counsel for defendant filed a written waiver of his right to file motions and to participate in an evidentiary hearing. On May 25, 2006, defendant appeared in open court, with counsel, and advised the undersigned that he had decided not to raise any issues by way of pretrial motions. He thereupon waived his rights to file pretrial motions and to have a pretrial hearing.

Accordingly,

**IT IS HEREBY ORDERED** that, as directed by the District Judge, this matter is set for a jury trial on the docket commencing July 24, 2006, at 9:30 a.m.

/s/ David D. Noce

**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on May 25, 2006.